An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FERRILL J. VOLPICELLI,
Appellant,

vs.

DAVID CARPENTER; JAMES G. COX;
MICHAEL DITTENBERG; TIMOTHY
GARRETT; ROBERT LEGRAND; D. E.
REED; AND THE STATE OF NEVADA,
Respondents.

No. 66096

**FILED**

SEP 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Our review of the documents before us on appeal reveals a jurisdictional defect in that the order appellant is challenging is not a final, appealable judgment. *See* NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding). A final judgment is one that disposes of all issues presented in a case, and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000). But here, while the challenged order dismissed the underlying case as to respondents Michael Dittenberg and D. E. Reed, the action remains pending against the remaining respondents. As a result, no final judgment has been entered below and we therefore lack jurisdiction to consider this appeal. Accordingly, we

ORDER this appeal DISMISSED.

_Pickering_, J.
Pickering

_Parraguirre_, J.
Parraguirre

_Saitta_, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

14-31553

cc: Hon. Michael Montero, District Judge
Ferrill Joseph Volpicelli
Attorney General/Carson City
Pershing County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A